**NOTE CHANGES MADE BY THE COURT**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNEOS, LLC<br><br>    Plaintiff,<br><br>  v.<br><br>OPTICIS CO., LTD. And OPTICIS USA LLC,<br><br>    Defendants. | Case No. 8:23-cv-00185-MCS-ADR<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW (ECF No. 99)**<br><br>Complaint Filed: January 30, 2023<br>Trial Date: December 10, 2024 |

The Court, having considered the parties' Joint Stipulation to Stay Pending Resolution of *Inter Partes* Review ("IPR"), and finding good cause therein, hereby ORDERS as follows:

This action is hereby stayed pending resolution of the IPR, except however the parties shall still attend mediation, which the Court is informed is currently scheduled for March 15, 2024.

**The Court directs the Clerk to remove the case from the Court's active caseload until further application by the parties or order of this Court. The parties shall file a joint status report within 120 days, and a further report every 120 days thereafter. Each report must state on the cover page the date the next report is due.**

Additionally, the parties shall provide notice to the Court within 7 days of a settlement or termination of the IPR or of a Final Written Decision in the IPR, and provide positions as to whether the stay should be lifted or continued pending appeals, if any.

IT IS SO ORDERED.

Dated: February 9, 2024

*[Signature: Mark C. Scarsi]*

Mark C. Scarsi
United States District Judge